**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SHAMAR STEWARD  AND MARIA COLON, : No. 581 MAL 2021
                                  :
                    Petitioner    :
                                  : Petition for Allowance of Appeal
                                  : from the Order of the Superior Court
          v.                      :
                                  :
                                  :
NANCY LENNOX,                     :
                                  :
                    Respondent    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.